AO 91 (Rev. 01/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC - 2 2013

SEAN F. McAVOY, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  MJ-13-4363-1 |
| | ) | |
| KENNY ROWELL | ) | |
| Defendant | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of   04/11/2013   in the county of      Benton      in the      Eastern      District of
   Washington   , the defendant violated    21    U. S. C. §   841(a)(1)    , an offense described as follows:

did knowingly and intentionally possess with intent to distribute Methamphetamine, a Schedule II controlled substance.

This criminal complaint is based on these facts:

See attachment

☑ Continued on the attached sheet.

_____
Complainant's signature

Kevin Barton, SA Metro Task Force
Printed name and title

Sworn to before me and signed in my presence.

Date:   12/2/13

_____
Judge's signature

City and state:      Yakima, Washington

JAMES P. HUTTON, U.S. Magistrate Judge
Printed name and title

AUSA Assigned: Alexander C. Ekstrom

COMPLAINT ATTACHMENT A

On April 11, 2013, a confidential source (hereinafter CS) working with the Tri-City Metro Drug Task Force conducted a controlled purchase of methamphetamine from an individual positively identified by the CS as the Defendant, Kenneth Richard Rowell, in Benton County, in the Eastern District of Washington. The CS was searched before and after the transaction, and was found to be free of drugs, money or contraband. The CS was surveilled to and from the buy location, where the CS was observed meeting with the Defendant and getting into his vehicle. The CS provided the Defendant with the previously issued pre-recorded buy funds in exchange for purported methamphetamine. At the conclusion of the transaction, the CS provided officers with the purported methamphetamine, which tested presumptively positive for the presence of methamphetamine. The DEA laboratory testing resulted in a determination that the item contained 25.9 grams of a mixture and substance containing methamphetamine, with a purity of 95.1%, and 24.6 grams of actual methamphetamine.

KEVIN BARTON, TASK FORCE AGENT
TRI-CITY METRO DRUG TASK FORCE

Subscribed and sworn before me on this _____ day of December, 2013.

HONORABLE JAMES P. HUTTON
United States Magistrate Judge
Eastern District of Washington