MICHAEL C. ORMSBY
United States Attorney
Eastern District of Washington
ALEXANDER C. EKSTROM
Assistant United States Attorney
402 E. Yakima Ave., Suite 210
Yakima, WA 98901
Telephone: (509) 454-4425

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO: MJ-13-4363-1 |
| Plaintiff, | |
| vs. | MOTION FOR DETENTION |
| KENNETH ROWELL, | |
| Defendant. | |

The United States moves for pretrial detention of Defendant, pursuant to 18 U.S.C.§ 3142(e) and (f).

1. <u>Eligibility of Case</u>. This case is eligible for a detention order because the case involves (check one or more):

   \_\_\_\_ Crime of violence (as defined in 18 U.S.C. § 3156)a)(4) which includes any felony under Chapter 109A, 110 and 117).

   \_\_\_\_ Maximum penalty of life imprisonment or death,

   <u> X </u> Drug Offense with maximum penalty of 10 years or more,

   \_\_\_\_ Felony, with two prior convictions in above categories,

   \_\_\_\_ Felony that involves a minor victim or that involves the possession or use of a firearm or destructive device)as those terms are defined in section

Motion for Detention                   1

921), or any other dangerous weapon, or involves a failure to register under 18 U.S.C. section 2255.

   __X__ Serious risk Defendant will flee, or

   _____ Serious risk obstruction of justice.

2. <u>Reason for Detention.</u> The Court should detain Defendant because there is no condition or combination of conditions which will reasonably assure (check one or both):

   __X__ Defendant's appearance as required, or

   __X__ Safety of any other person and the community

3. <u>Rebuttable Presumption</u>. The United States will (will or will not) invoke the rebuttable presumption against Defendant under Section 3142(e). The presumption applies because there is probable cause to believe Defendant committed: If no, check nothing, if yes check all that apply

   __X__ Drug offense with maximum penalty of 10 years or more,

   _____ 18 U.S.C. § 924c firearms offense, or

   _____ Kidnaping, sexual crimes, or child pornography offenses.

4. <u>Time for Detention Hearing.</u> The United States requests the Court conduct the detention hearing:

   _____ At the first appearance, or

   __X__ After a continuance of three days.

5. Other Matters.

   _____

   _____

DATED THIS 4th day of December, 2013

                              s/Alexander C. Ekstrom
                              Assistant United States Attorney