# United States District Court, Eastern District of Washington
## Magistrate Judge James P. Hutton
### Yakima

**USA v. KENNY ROWELL**　　　　　　　　　　Case No.　MJ-13-4363-JPH-1

**Initial Appearance on Complaint:**　　　　　　　　　　12/04/2013

| | | | |
|---|---|---|---|
| ☒ | Pam Howard, Courtroom Deputy [Y] | ☒ | Alex Ekstrom, US Atty |
| | | ☒ | Alison Guernsey, Defense Atty |
| ☒ | Carrie Valencia, US Probation / Pretrial Services Officer | ☒ | Interpreter **NOT REQUIRED** |
| ☒ | Defendant present in custody USM | | |

| | | | |
|---|---|---|---|
| ☒ | USA Motion for Detention | ☒ | Rights given |
| ☐ | USA not seeking detention | ☒ | Acknowledgment of Rights filed |
| ☒ | Financial Affidavit (CJA 23) filed | ☒ | Defendant received copy of charging document |
| ☒ | The Court will appoint the Federal Defenders | ☒ | Defendant waived reading of charging document |
| ☐ | Based upon conflict with Federal Defenders, the Court will appoint a CJA Panel Attorney | ☐ | Charging document read in open court |
| ☒ | PRE-Trial Services Report ordered | ☐ | POST Pre-Trial Services Report ordered |

## REMARKS

　　　Defendant appeared and was assisted by counsel and advised of their rights and the allegations contained in the charging document.

**The Court ordered:**
1. Defendant shall be detained by the U. S. Marshal until further order of the Court.

| Bail Hrg:<br>12/09/2013 @ 2:00 p.m.<br>[S/JTR] (Video Conf) | Probable Cause Hrg:<br>12/11/2013 @ 2:00 p.m.<br>[S/JTR] (Video Conf) |
|---|---|