UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　Plaintiff,<br>vs.<br><br>KENNY ROWELL,<br>　　　　　　Defendant. | No. MJ-13-4363-1<br>ORDER FOLLOWING:<br>☒ INITIAL APPEARANCE<br><br>☒ ACTION REQUIRED |

Date of hearing: 12/04/2013

☒ Complaint

Defendant was advised of, and acknowledged, Defendant's rights.

☒ Probable Cause hearing set before Judge Rodgers:

**Wednesday, December 11, 2013, at 2:00 PM**,

　　☒ Yakima Video Conference (Parties in Yakima)

　　**Judge Hutton calendar (Judge Rodgers presiding)**

☒ Bail hearing set before Judge Rodgers:

**Monday, December 9, 2013 at 2:00 PM**

　　☒ Yakima Video Conference (Parties in Yakima)

　　**Judge Hutton calendar (Judge Rodgers presiding)**

☒ Pending the hearing, Defendant shall be detained in the custody of the United States Marshal and produced for the hearing or until further order of the court.

☒ The U.S. Probation Office personnel shall prepare a Pretrial Services Report prior to the bail hearing, and shall notify defense counsel prior to interviewing Defendant.

DATED December 4, 2013.

　　　　　　　　　　　　s/James P. Hutton
　　　　　　　　　　　　JAMES P. HUTTON
　　　　　　　　UNITED STATES MAGISTRATE JUDGE

ORDER - 1