AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| United States of America | ) |
|---|---|
| v. | ) |
| KENNY ROWELL | ) Case No. MJ-13-4363-1 |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* KENNY ROWELL,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Distribution of a Controlled Substance in violation of Title 21, United States Code, Section 841(a)(1).

Date: 12/2/13

_____
Issuing officer's signature

City and state: Yakima, WA

JAMES P. HUTTON, U.S. Magistrate Judge
*Printed name and title*

USA requests no bail

---

**Return**

This warrant was received on *(date)* 12/2/13, and the person was arrested on *(date)* 12/4/13
at *(city and state)* Kennewick, WA

Date: 12/4/13

Arrested within the E/WA
By: DEA
*(Arresting officer's signature)*
Executed On: 12/4/13
Sign: _____
*Printed name and title*

RECEIVED
DEC - 2 2013
CLERK, US DISTRICT COURT
YAKIMA, WASHINGTON