# United States District Court, Eastern District of Washington
## Magistrate Judge John T. Rodgers
### Yakima

**USA v. KENNY ROWELL**  Case No.  **MJ-13-4363-JPH-1**

Yakima Video Conference (JTR @ Spokane; Counsel and Defendant @ Yakima)

## Bail Hearing:                                                                                   12/09/2013

| | | | |
|---|---|---|---|
| ☒ | Karen White, Courtroom Deputy [Y] | ☒ | Alex Ekstrom, US Atty |
| ☒ | Linda Stejskal, Courtroom Deputy [S] | ☒ | Rebecca Pennell, Defense Atty |
| ☒ | Carrie Valencia, US Probation / Pretrial Services Officer | | Interpreter - **NOT REQUIRED** |
| ☒ | Defendant present ☒ in custody USM ☐ out of custody | ☐ | Defendant not present / failed to appear |

| | | | |
|---|---|---|---|
| ☒ | Defendant continued detained | ☐ | Conditions of Release imposed |
| | | ☐ | 199C Advice of Penalties/Sanctions |

## REMARKS

   USA proffered the pretrial services bail report and concurred with its recommendation of continued detention.
   Defense counsel argued that Defendant should be released.

**The Court ordered:**
1. USA's Motion for Detention is granted.
2. There is no combination of conditions to assure Defendant's appearance as required and the safety of the community.
3. Defendant shall be detained by the U. S. Marshal until further order of the Court.

FTR/Y-102    Time: 2:19 – 2:25 p.m.                                        Page 1