UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>KENNY ROWELL,<br><br>                Defendant. | No. 13-MJ-4363-JPH-1<br><br>ORDER GRANTING THE UNITED STATES' MOTION FOR DETENTION<br><br>MOTION GRANTED<br> **(ECF No. 4)** |

      On December 9, 2013, the Court heard the United States' motion for detention. (ECF No. 4)  Defendant was present and in custody, and appeared with Assistant Federal Defender Rebecca Pennell.  The United States was represented by Assistant United States Attorney Alexander Ekstrom.

      The court considered the Pretrial Services Report as well as comments and proffers of the parties.

      The court finds by clear and convincing evidence that there is presently no condition or combination of conditions that reasonably assure the safety of the community or other persons, or reasonably assure the defendant's appearance for further proceedings, and therefore

      **IT IS ORDERED:**

      1.    Defendant shall be detained pending disposition of this case or until further order of the court.  Defendant may petition this Court to reopen the detention issue by written motion to amend and request for hearing, served upon the United States Attorney.

ORDER GRANTING THE UNITED STATES MOTION FOR DETENTION - 1

2. Defendant is committed to the custody of the U.S. Marshal for confinement separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

3. Defendant shall be afforded reasonable opportunity for private consultation with counsel.

4. A party seeking review of this Order pursuant to 18 U.S.C. § 3145(b) shall file a written motion for revocation or amendment of this Order within ten (10) days before the district judge to whom this case is assigned and note it for hearing at the earliest possible date. Both parties are responsible to ensure the motion is determined promptly.

DATED December 9, 2013.

_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING THE UNITED STATES MOTION FOR DETENTION - 2