MICHAEL C. ORMSBY
United States Attorney
Eastern District of Washington
ALEXANDER C. EKSTROM
Assistant United States Attorney
402 E. Yakima Avenue, Suite 210
Yakima, Washington 98901
(509) 454-4425

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 10 2013

SEAN F. McAVOY, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

Plaintiff,

vs.

KENNETH RICHARD ROWELL,

Defendant.

CR-13-6070-WFN

INDICTMENT

Ct. 1: 21 U.S.C. § 841(a)(1) -
Distribution of a Controlled Substance- Methamphetamine

Notice of Criminal Forfeiture

The Grand Jury charges:

COUNT ONE

On or about April 11, 2013, in the Eastern District of Washington, the Defendant, KENNETH RICHARD ROWELL, did knowingly and intentionally distribute 5 grams or more of actual methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(viii).

INDICTMENT     1

## NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS
### Controlled Substance Violations

The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 21, United States Code, Section 853.

Pursuant to Title 21, United States Code, Section 853, upon conviction of an offense in violation of Title 21, United States Code, Section 841(a)(1), the Defendant, KENNETH RICHARD ROWELL, shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense(s) and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense(s).

If any forfeitable property, as a result of any act or omission of the Defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

INDICTMENT 2

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

DATED: December 10, 2013.

A TRUE BILL

_____
Foreperson

MICHAEL C. ORMSBY
United States Attorney

*[signature]*

SHAWN N. ANDERSON
Supervisory Assistant United States Attorney

*[signature]*

ALEXANDER C. EKSTROM
Assistant United States Attorney

INDICTMENT                                3