PENALTY SLIP

NAME: KENNETH RICHARD ROWELL

NUMBER OF COUNTS: 1

**Count 1**: 21 U.S.C. § 841(a)(1)

Vio: Distribution of a Controlled Substance (Methamphetamine)

Penalty: Minimum of 5 years and maximum of 40 years imprisonment; $5,000,000 fine, or both; at least 4 years supervised release; a $100.00 special assessment; and denial of certain federal benefits.

Notice of forfeiture pursuant to 18 U.S.C. § 981 (a)(1)(C) and 28 U.S.C. § 2461(c).

**CR-13-6070-WFN-1**

Case No. _____

USA Initials: _____