FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 11 2013

SEAN F. McAVOY, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA, )
          Plaintiff, )  CR-13-6070-WFN
     vs. )  ACKNOWLEDGMENT OF NOTICE OF RIGHTS
KENNETH RICHARD ROWELL, )
          Defendant. )  **(INDICTMENT)**

The undersigned Defendant does hereby acknowledge: I appeared on this date and was advised as follows:

1) Of the charge or charges placed against me, and I acknowledge receipt of a copy of the:

☑ Indictment
☐ Superseding Indictment
☐ _____ Superseding Indictment

which specifically sets forth the allegations;

2) That I have been advised of the maximum penalty provided by law;

3) My right to remain silent at all times and if I make a statement it can be used against me;

4) My right to retain my own counsel, and if I am without funds, to have counsel appointed to represent me in this matter;

5) My right to a jury trial before a United States District Judge, to be confronted by the United States' witnesses and to have witnesses attend on my behalf;

6) My right, if I am not a United States citizen, to have my country's consulate informed of my arrest and detention.

_12-11-13_____          _/s/ Kenny Rowell_____
Date                                                   Defendant

Interpreted by (if applicable):

_____
(sign and Print Name)

ACKNOWLEDGMENT

1