UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>KENNETH RICHARD ROWELL,<br><br>    Defendant. | No. 2:13−CR−06070−WFN−1<br><br>ORDER REGARDING DISCOVERY AND PRETRIAL MOTIONS |

**OPEN FILE DISCOVERY**

In voluntary discovery cases, the United States, within seven (7) business days of the date of arraignment, shall deliver to the Defendant all investigative material in its file, required by the Federal Rules of Criminal Procedure, specifically including, but not limited to, police and incident reports and Defendant's criminal record. The United States shall continue to furnish discovery as received and complete the process within **fourteen (14) days** of the date of this Order, or within **fourteen (14) days** from receipt by Plaintiff of the discovered material, if later received. These directives assume a defense request for discovery pursuant to Fed. R. Crim. P. 16, and impose a reciprocal duty to provide discovery. If a Defendant does not wish to invoke the rule, the Defendant shall file a notice, prior to accepting discovery from the government.

## NOTICE OF NON–DISCOVERY

If the United States, for any reason, is not going to voluntarily provide all investigative material, it will serve and file a notice to that effect within seven (7) days of this Order. If discovery received after the date of this Order is not going to be voluntarily furnished, a notice to that effect shall be filed and served within seven (7) days of the United States' receipt of such material. Absent the filing of such notice, all discovery shall be promptly furnished consistent with the provisions of this Order.

## NO MOTIONS TO BE FILED

An initial early pretrial conference will be set by the presiding Judge to deal with discovery and other issues. DO NOT FILE ANY MOTIONS PRIOR TO THAT PRETRIAL CONFERENCE OR HIRE ANY EXPERTS. This does not prohibit counsel from filing motions before the Magistrate Judge (e.g., motions to withdraw, motions to modify conditions of release, etc.).

## NOTICE OF CONFLICT OF INTEREST

The representation by one lawyer, or by different members of one law firm, of two or more Defendants charged under the same instrument or charged with factually related offenses will be permitted only on a showing that no conflict does, or will likely exist, or on a knowing waiver, executed in open court before a federal district judge.

Counsel who plan to represent two or more Defendants charged under the same instrument, or charged with factually related offenses, shall immediately file a motion to secure prior approval of such representation by the federal district judge to whom this case is assigned.

In addition, counsel shall promptly investigate whether other conflicts exist that may prevent representation, and bring any potential conflicts to the attention of the court as soon as possible.

**IT IS SO ORDERED.**

DATED December 11, 2013.

     ___S/ JOHN T. RODGERS___
    UNITED STATES DISTRICT JUDGE