# United States District Court, Eastern District of Washington
## Magistrate Judge John T. Rodgers
### Yakima

**USA v.  KENNETH RICHARD ROWELL**　　　　　Case No.　CR-13-6070-WFN-1

Yakima Video Conference (JTR @ Spokane; Counsel and Defendant @ Yakima)

**Arraignment on Indictment:**　　　　　　　　　　　　　　　　12/11/2013

| | | | |
|---|---|---|---|
| ☒ | Pam Howard, Courtroom Deputy [Y] | ☒ | Mary Dimke, US Atty |
| ☒ | Linda Stejskal, Courtroom Deputy [S] | ☒ | Rebecca Pennell, Defense Atty |
| ☒ | Carrie Valencia, US Probation / Pretrial Services Officer | ☒ | Interpreter **NOT REQUIRED** |
| ☒ | Defendant present ☒ in custody USM ☐ out of custody | ☐ | Defendant not present / failed to appear |

| | | | |
|---|---|---|---|
| ☒ | Rights given | ☒ | Defendant continued detained |
| ☒ | Acknowledgment of Rights filed | ☐ | Conditions of release as previously imposed |
| ☒ | Defendant received copy of charging document | ☐ | 199C Advice of Penalties/Sanctions filed |
| ☒ | Defendant waived reading of charging document | ☒ | Discovery Order forthcoming |
| ☐ | Charging document read in open court | | |

## REMARKS

　　Defendant appeared and was assisted by counsel and advised of their rights and the allegations contained in the charging document.

　　"Not guilty" plea entered.

**The Court ordered:**
1. Matters involving detention have been previously heard and determined.  Issue of detention not before the Court.  Pre-existing Order of Detention will remain in full force.
2. Defendant shall be detained by the U. S. Marshal until further order of the Court.