UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KENNETH RICHARD ROWELL,<br><br>Defendant. | No. CR-13-6070-WFN<br><br>**ORDER ON PLEA** |

At Defendant's December 11, 2013, arraignment by video conference, the United States was represented by Assistant U.S. Attorney Mary Dimke; the Defendant was in custody and present with Assistant Federal Defender Rebecca Pennell. The Defendant acknowledged his rights and entered pleas of not guilty.

**IT IS ORDERED** that the plea of Defendant is received, and the Defendant is bound over for trial before a district judge. The Defendant shall remain in the custody of the U.S. Marshal pursuant to Order filed December 9, 2013.

DATED December 11, 2013.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER ON PLEA - 1