Rick Hoffman
FEDERAL DEFENDERS OF EASTERN WASHINGTON AND IDAHO
306 East Chestnut Avenue
Yakima, Washington 98901
(509) 248-8920

Attorneys for Defendant
KENNETH ROWELL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
(HONORABLE WM. FREMMING NIELSEN)

| UNITED STATES OF AMERICA, | ) | CR-13-6070-WFN |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | MOTION TO REOPEN DETENTION HEARING TO RECONSIDER CONDITIONS OF RELEASE |
| KENNETH ROWELL, | ) | |
| Defendant. | ) | **BEFORE JUDGE HUTTON** |
| | ) | December 18, 2013 |
| | ) | 2:00 p.m., Yakima, WA |
| | ) | **With Oral Argument** |

TO:   MICHAEL C. ORMSBY, UNITED STATES ATTORNEY
       ALEXANDER C. EKSTROM, ASSISTANT UNITED STATES ATTORNEY

COMES NOW the defendant, KENNETH ROWELL, and moves the court for an order to reopen the detention hearing to reconsider his conditions of release pending trial.

Defendant, Kenneth Rowell has previously had a detention hearing, on December 9, 2013, at which time the Court ordered defendant's continued detention. At that time, the defense did not have a formal release plan for

MOTION TO REOPEN DETENTION
HEARING TO RECONSIDER CONDITIONS
OF RELEASE

1

the Court's consideration and believes that a plan has now been formulated such that the Court should reconsider the defendants release on conditions.

Mr. Rowell would propose that he be released to live at his parents residence, 4709 Hilltop Drive, Pasco, Washington. Mr. Rowell's parents have confirmed that he can live there and that they would comply with any conditions imposed by the Court, including providing transportation to and from court and attorney visits, as required. In addition, Mr. Rowell has been offered employment with his father's business, H A Rowell Auctioneering. As such, Mr. Rowell would be under the direct supervision of his father, Harold Rowell, who has indicated that he would comply with any condition regarding employment as imposed by the Court. Both of Mr. Rowell's parents have indicated that they would notify the court and/or probation if Mr. Rowell was unable or unwilling to comply with any condition imposed upon him by the Court.

In addition to residential and employment conditions as proposed above, Mr. Rowell is willing to comply with additional conditions, if imposed, such as electric monitoring and treatment requirements.

Mr. Rowell suggests that there are conditions that could be imposed by the Court to insure that he remain in the Eastern District of Washington and

MOTION TO REOPEN DETENTION
HEARING TO RECONSIDER CONDITIONS
OF RELEASE

attend all court proceedings and also would insure the safety of the community. Therefore, Mr. Rowell requests that the Court reconsider his release status.

DATED: December 13, 2013.

Respectfully Submitted,

s/Rick L. Hoffman
Rick L. Hoffman, 9478
Attorney for KENNETH ROWELL
Federal Defenders of Eastern
Washington and Idaho
306 East Chestnut Avenue
Yakima, Washington 98901
(509) 248-8920
Rick_Hoffman@fd.org

CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: ALEXANDER C. EKSTROM, Assistant United States Attorney.

s/Rick L. Hoffman

MOTION TO REOPEN DETENTION
HEARING TO RECONSIDER CONDITIONS
OF RELEASE