Rick L. Hoffman
FEDERAL DEFENDERS OF EASTERN WASHINGTON AND IDAHO
306 East Chestnut Avenue
Yakima, Washington 98901
(509) 248-8920

Attorneys for Defendant
KENNETH ROWELL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CR-13-6070-WFN |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER GRANTING MOTION TO |
| | ) | REOPEN DETENTION HEARING |
| KENNETH ROWELL, | ) | |
| | ) | |
| Defendant. | ) | (PROPOSED) |
| | ) | |

BEFORE THE COURT is Defendant's Motion to Reopen Detention Hearing (Ct. Rec. __). For the reasons set forth in Defendant's motion, **IT IS HEREBY ORDERED** that Defendant's Motion to Reopen Detention Hearing (Ct. Rec. __) is **GRANTED**. The district court executive is directed to enter this order and provide copies to counsel.

DATED this ___ day of _____, 20__.

_____
JAMES P. HUTTON
UNITED STATES MAGISTRATE JUDGE

ORDER                                 1