Rick L. Hoffman
FEDERAL DEFENDERS OF EASTERN WASHINGTON AND IDAHO
306 East Chestnut Avenue
Yakima, Washington 98901
(509) 248-8920

Attorneys for Defendant
KENNETH ROWELL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
(HONORABLE WM. FREMMING NIELSEN)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>Vs.<br><br>KENNETH ROWELL,<br><br>    Defendant. | CR-13-6070-WFN<br><br>MOTION FOR EXPEDITED HEARING<br><br>**BEFORE JUDGE HUTTON**<br><br>**December 18, 2013**<br>**2:00 p.m., Yakima, WA**<br>**With Oral Argument** |

TO:  MICHAEL C. ORMSBY, UNITED STATES ATTORNEY
      ALEXANDER C. EKSTROM, ASSISTANT UNITED STATES ATTORNEY

The defendant, KENNETH ROWELL, by and through his attorney, Rick L. Hoffman, for the Federal Defenders of Eastern Washington and Idaho, hereby moves this court to consider on an expedited basis his separately filed motion to reopen detention hearing to reconsider conditions of release in this matter. This motion is based upon Local Rule 7.1(h)(6).

//

//

MOTION FOR EXPEDITED
HEARING

1

DATED: December 13, 2013

Respectfully Submitted,

s/ Rick L. Hoffman
Rick L. Hoffman, 9478
Attorney for KENNETH ROWELL
Federal Defenders of Eastern
Washington and Idaho
306 East Chestnut Avenue
Yakima, Washington 98901
Telephone: (509) 248-8920
Fax: (509) 248-9118
Rick_Hoffman@fd.org

CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: ALEXANDER C. EKSTROM, Assistant United States Attorney.

s/ Rick L. Hoffman
Rick L. Hoffman, 9478
Attorney for KENNETH ROWELL

MOTION FOR EXPEDITED HEARING