Rick L. Hoffman
FEDERAL DEFENDERS OF EASTERN WASHINGTON AND IDAHO
306 East Chestnut Avenue
Yakima, Washington 98901
(509) 248-8920

Attorneys for Defendant
KENNETH ROWELL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CR-13-6070-WFN |
| vs. | ORDER GRANTING MOTION FOR EXPEDITED HEARING |
| KENNETH ROWELL, | |
| Defendant. | (PROPOSED) |

BEFORE THE COURT is Defendant's Motion for Expedited Hearing (Ct. Rec. __). After reviewing the submitted materials and relevant authority, **IT IS HEREBY ORDERED** that Defendant's Motion for Expedited Hearing (Ct. Rec. __) is **GRANTED**.

DATED this ___ day of _____, 20__.

_____
JAMES P. HUTTON
UNITED STATES MAGISTRATE JUDGE

ORDER                                    1