MICHAEL C. ORMSBY
United States Attorney
Eastern District of Washington
ALEXANDER C. EKSTROM
Assistant United States Attorney
402 E. Yakima Avenue, Suite 210
Yakima, Washington  98901
(509) 454-4425

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>KENNETH ROWELL,<br><br>  Defendant. | No: CR-13-6070-WFN<br><br>PLAINTIFF'S NOTICE/INFORMATION OF DEFENDANT'S PRIOR CRIMINAL CONVICTIONS APPLICABLE TO THE INSTANT CASE |

Plaintiff, United States of America, by and through Michael C. Ormsby, United States Attorney for the Eastern District of Washington, and Alexander C. Ekstrom, Assistant United States Attorney for the Eastern District of Washington, herein provides notice to the Defendant, Kenneth Rowell, of the Plaintiff's intention to use certain prior criminal convictions of the Defendant at time of trial and/or sentencing, if appropriate, for the purpose of enhancing the Defendant's sentence.

The Plaintiff will use the following convictions of Defendant:

07-01-2010 – Unlawful Possession Of A Controlled Substance – Benton County Superior Court Cause Number 09-1-00426-2.

Said notice is provided pursuant to Rule 12(d) of the Federal Rules of Criminal Procedure; Rule 404(b) of the Federal Rules of Evidence; and 21 U.S.C. Section 851.

The instant notice does not constitute a waiver, either express or implied, of the Plaintiff's intention to present other evidence which the Plaintiff may deem appropriate.

DATED this 16th day of December, 2013.

          MICHAEL C. ORMSBY
          United States Attorney

          s/ Alexander C. Ekstrom
          ALEXANDER C. EKSTROM
          Assistant United States Attorney

1  I hereby certify that on December 16, 2013, I electronically filed the foregoing
2  with the Clerk of the Court using the CM/ECF System which will send notification of
3  such filing to the following: Rick L. Hoffman

s/ Alexander C. Ekstrom
Alexander C. Ekstrom
Assistant United States Attorney
United States Attorney's Office
402 E. Yakima Ave., Suite 210
Yakima, WA 98901
(509) 454-4425