MICHAEL C. ORMSBY
United States Attorney
Eastern District of Washington
ALEXANDER C. EKSTROM
Assistant United States Attorney
402 E. Yakima Avenue, Suite 210
Yakima, Washington 98901
(509) 454-4425

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>KENNETH ROWELL,<br><br>    Defendant. | No: CR-13-6070-WFN<br><br>AMENDED GOVERMENTS RESPONSE TO DEFENDANT'S MOTION TO RECONSIDER CONDITIONS OF RELEASE |

Plaintiff, United States of America, by and through Michael C. Ormsby, United States Attorney for the Eastern District of Washington, and Alexander C. Ekstrom, Assistant United States Attorney for the Eastern District of Washington, responds to the Defendant's Request To Reconsider Detention (ECF No. 25), as follows:

## I. PROCEDURAL HISTORY

On December 2, 2013, a Criminal Complaint was filed, charging the Defendant with a violation of 21 U.S.C. section 841(a)(1), Possession With Intent to Distribute A Controlled Substance, Methamphetamine. (ECF No. 1). The same day, a warrant issued. (ECF No. 2). The Defendant was arrested, and had his initial appearance on December 4, 2013. (ECF No. 3). The Government filed a Motion for Detention, and the bail hearing was scheduled for December 9, 2013. (ECF Nos. 4, 10). At the Detention Hearing on December 9, 2013, in front of Magistrate Judge John T. Rodgers, after argument of counsel, the Defendant was ordered detained. (ECF No.

14). At that hearing, the Defendant argued that he should be released to his parents, and indicated that he could work for his father's construction company. Magistrate Judge Rodgers commented that he did not believe that there were any conditions that would reasonably assure the Defendant's appearance, and the safety of the community. In particular, Magistrate Rodgers pointed out that the Defendant's proposal for release at the time of that hearing, to his parents, would be the same conditions under which has committed crimes and is accused of committing a recent series of crimes[1]. Magistrate Rodgers has thus previously found the Defendant's proposed release address unacceptable.

## II. ARGUMENT

A Defendant may move to reopen a detention hearing based on information "that was not known to the movant at the time of the hearing and that has a material bearing on the issue of whether there are conditions of release on the issue whether there are conditions of release that will reasonably assure the appearance of such person as required and the safety of any other person and the community." 18 U.S.C. section 3142(f)(2)(B). That said, it is clear that the magistrate was advised of the proposed residence (ECF No. 13, page 2), and found it insufficient, in light of the Defendant's past history. In addition, the Government believes that the possibility of employment with his father was also proffered at the original hearing. As such, there is no new information to require a hearing under the statute.

In addition, the Government is advised, this morning, that the certified copies of the Defendant's many prior drug convictions have arrived at the Metro Drug Task Force. Upon confirmation of the certified copy of Judgment and Sentence in Benton

---

[1] The Defendant is a sex offender subject to registration, and has consistently provided his parent's address to local authorities. The Defendant has lived in Pasco, WA, by self-report, for his entire life, with the exception of one year in 2002. (ECF No. 13).

County Superior Court Cause Number 09-1-00550-1, the Government will be filing its notice of prior conviction under 18 U.S.C. section 851, which will result in a mandatory minimum term of 10 years in prison, which will trigger the rebuttal presumption under 18 U.S.C. section 3142(e)(3).

### III. CONCLUSION

Because the Defendant's information is not materially different from that previously presented, and because by the time of the requested hearing, the Defendant will be subject to the rebuttal presumption, the Defendant's motion should be denied.

DATED this 16th day of December, 2013.

> MICHAEL C. ORMSBY
> United States Attorney
>
> s/ Alexander C. Ekstrom
> ALEXANDER C. EKSTROM
> Assistant United States Attorney

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

I hereby certify that on December 16, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Rick L. Hoffman

s/ Alexander C. Ekstrom
Alexander C. Ekstrom
Assistant United States Attorney
United States Attorney's Office
402 E. Yakima Ave., Suite 210
Yakima, WA 98901
(509) 454-4425