# United States District Court, Eastern District of Washington
## Magistrate Judge James P. Hutton
### Yakima

| USA v. KENNETH RICHARD ROWELL | Case No. | CR-13-6070-WFN-1 |
|---|---|---|

**Defendant's Motion to Reopen Detention Hearing to Reconsider Conditions of Release (ECF No. 25):**   12/18/2013

| | | | |
|---|---|---|---|
| ☒ | Pam Howard, Courtroom Deputy [Y] | ☒ | Benjamin Seal, US Atty |
| | | ☒ | Rick Hoffman, Defense Atty |
| ☒ | Stephen Krous, US Probation / Pretrial Services | ☒ | Interpreter **NOT REQUIRED** |
| ☒ | Defendant present ☒ in custody USM ☐ out of custody | ☐ | Defendant not present / failed to appear |
| ☒ | Defendant continued detained | ☐ | Conditions of Release imposed |
| | | ☐ | 199C Advice of Penalties/Sanctions |

## REMARKS

   Defense counsel argued why there are conditions which justify reconsidering the issues of bail and that such conditions will reasonably assure Defendant's appearance as required.
   Defense submitted 3 letters in support of the defendant from the defendant's father, brother and a Mr. Brent Pierce.
   Defense counsel offers conditions that could be imposed to ensure the defendant's appearance in court.
   Court colloquy with defense counsel regarding residency and employment.
   Government argued that there are no conditions which justify reconsidering the issues of bail or that there are no conditions which will reasonably assure Defendant's appearance as required and/or the safety of any other person and the community.

**The Court ordered:**
1. Defendant's Motion to Reopen Detention Hearing to Reconsider Conditions of Release (ECF No. 25) is **denied**.
2. The Court ruled that there are no conditions which justify reconsidering the issue of bail or that there are conditions of release which will reasonably assure Defendant's appearance as required.
3. Defendant shall be detained by the U.S. Marshal until further order of the Court.