UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>vs.<br><br>KENNETH RICHARD ROWELL,<br><br>    Defendant. | No. CR-13-6070-WFN<br><br>ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION<br><br>☒ Motion Denied<br>  **(ECF No. 25)**<br><br>☐ Action Required |

Date of bail review hearing: 12/18/2013

☒ Insufficient information presented to reasonably assure Defendant's future appearance.

☒ There are no conditions or combination of conditions other than detention that will ensure the safety of the community.

  **IT IS ORDERED** Defendant's Motion for release from custody (ECF No. 25) is **DENIED**. Defendant shall remain in the custody of the U.S. Marshal pending further order of the court.

  DATED December 19, 2013.

        s/James P. Hutton
       JAMES P. HUTTON
     UNITED STATES MAGISTRATE JUDGE

ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION - 1