Rick L. Hoffman
FEDERAL DEFENDERS OF EASTERN WASHINGTON AND IDAHO
306 East Chestnut Avenue
Yakima, Washington 98901
(509) 248-8920

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CR-13-6070-WFN |
| Plaintiff, ) | |
| ) | MOTION TO CONTINUE |
| vs. ) | PRETRIAL AND TRIAL |
| ) | AND EXTEND DEADLINE TO |
| ) | FILE PRETRIAL MOTIONS |
| KENNY ROWELL, ) | |
| ) | |
| Defendant. ) | **Noted With Oral Argument** |
| ) | **January 13, 2014, 10:50 a.m.** |
| ) | **Yakima, Washington** |

TO:  MICHAEL C. ORMSBY, UNITED STATES ATTORNEY
     ALEXANDER C. EKSTROM, ASSISTANT UNITED STATES ATTORNEY

KENNY ROWELL, hereby makes formal request for a continuance of the pretrial and trial in this matter.  Trial is currently scheduled for February 10, 2014, in Yakima, Washington, with a pretrial conference hearing set for January 13, 2014 in Yakima, Washington.

Mr. Rowell requests a continuance because additional time is needed to provide counsel with sufficient time to review the discovery, review and discuss it and the issues with Mr. Rowell, conduct the investigation that is necessary for a thorough and effective defense, to consult with potential

MOTION TO CONTINUE PRETRIAL
AND TRIAL AND EXTEND DEADLINE
TO FILE PRETRIAL MOTIONS            1

witnesses and to review related matters of a pretrial and trial nature.

Discovery in this matter is on-going. Counsel has received discovery and has had an opportunity to review it with Mr. Rowell but is in need of additional time to conduct the defense investigation.  In addition, additional time is needed for pretrial review and to prepare this case for trial or resolution before trial.

This motion is brought in good faith and not for any purpose of unnecessary delay. Mr. Rowell agrees with the necessity for this continuance and also acknowledges that any continuance would constitute excludable time under the Speedy Trial Act.  Mr. Rowell is prepared to sign a waiver of speedy trial if necessary.

Because of the nature of these charges and the need for a thorough and complete review of the allegations and pretrial matters, Mr. Rowell requests the court grant a continuance of approximately sixty (60) days of both his pretrial conference and trial.

In addition to continuing the pretrial conference and trial is this case, Mr. Rowell also respectfully requests the court set a new deadline for filing pretrial motions and establish new dates for the dissemination of any new discovery to reflect the new dates for the pretrial and trial.

DATED:   January 9, 2014

Respectfully submitted,

<u>s/Rick L. Hoffman</u>
Rick L. Hoffman, 9478
Attorney for KENNY ROWELL
Federal Defenders of Eastern Washington and Idaho
306 East Chestnut Avenue
Yakima, Washington 98901
(509) 248-8920
(509) 248-9118 fax
Rick_Hoffman@fd.org

CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Alexander C. Ekstrom, Assistant United States Attorney.

<u>s/Rick L. Hoffman</u>