Rick L. Hoffman
FEDERAL DEFENDERS OF EASTERN WASHINGTON AND IDAHO
306 East Chestnut Avenue
Yakima, Washington 98901
(509) 248-8920

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-13-6070-WFN |
| Plaintiff, | |
| vs. | ORDER GRANTING MOTION TO CONTINUE PRETRIAL AND TRIAL AND EXTEND DEADLINE TO FILE PRETRIAL MOTIONS |
| KENNY ROWELL, | |
| Defendant. | (PROPOSED) |

BEFORE THE COURT is Defendant's Motion to Continue Pretrial and Trial and Extend Deadline to File Pretrial Motions (Ct. Rec. __). For the reasons set forth in Defendant's motion, **IT IS HEREBY ORDERED** that Defendant's Motion to Continue Pretrial and Trial and Extend Deadline to File Pretrial Motions (Ct. Rec. __) is **GRANTED**. The district court executive is directed to enter this order and provide copies to counsel.

DATED this ___ day of _____, 20__.

_____
WM. FREMMING NIELSEN
UNITED STATES DISTRICT JUDGE

ORDER                           1