1  Rick L. Hoffman
   FEDERAL DEFENDERS OF EASTERN WASHINGTON AND IDAHO
2  306 East Chestnut Avenue
   Yakima, Washington 98901
3  (509) 248-8920

4  Attorneys for Defendant

5              UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF WASHINGTON
6

7  UNITED STATES OF AMERICA,        )
                                    )   CR-13-6070-WFN
8         Plaintiff,                )
                                    )   MOTION FOR EXPEDITED
9  Vs.                              )   HEARING
                                    )
10 KENNY ROWELL,                    )   **January 13, 2014 @ 10:50 a.m.**
                                    )   **Yakima, WA**
11                                  )
          Defendant.                )
12 _____   )

   TO:   MICHAEL C. ORMSBY, UNITED STATES ATTORNEY
13       ALEXANDER C. EKSTROM, ASSISTANT UNITED STATES ATTORNEY

14       The defendant, KENNY ROWELL, by and through his attorney, Rick L.

15 Hoffman, for the Federal Defenders of Eastern Washington and Idaho, hereby moves this

16 court to consider on an expedited basis his separately filed motion to continue pretrial

17 conference and trial and extend deadline to file pretrial motions in this matter.  This

18 motion is based upon the memorandum contained within the motion to continue pretrial

19 conference and trial and extend deadline to file pretrial motions , and Local Rule

20

21 7.1(h)(2)(c).

22 //

23

24   MOTION FOR EXPEDITED
     HEARING
25
                                    1

DATED:    January 9, 2014.

                                            Respectfully Submitted,

                                            <u>s/Rick L. Hoffman</u>
                                            Rick L. Hoffman, 9478
                                            Attorney for KENNETH ROWELL
                                            Federal Defenders of Eastern
                                            Washington and Idaho
                                            306 East Chestnut Avenue
                                            Yakima, Washington 98901
                                            (509) 248-8920
                                            (509) 248-9118 fax
                                            Rick_Hoffman@fd.org

                                    CERTIFICATE OF SERVICE

     I hereby certify that on January 9, 2014, I electronically filed Defendant's Motion for Expedited Hearing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Alexander C. Ekstrom, Assistant United States Attorney.

                                            <u>s/Rick L. Hoffman</u>

MOTION FOR EXPEDITED HEARING

2