1  Rick L. Hoffman
   FEDERAL DEFENDERS OF EASTERN WASHINGTON AND IDAHO
2  306 East Chestnut Avenue
   Yakima, Washington 98901
3  (509) 248-8920

4  Attorneys for Defendant

5
                    UNITED STATES DISTRICT COURT
6                   EASTERN DISTRICT OF WASHINGTON

7  UNITED STATES OF AMERICA,    )
                                )   CR-13-6070-WFN
8          Plaintiff,           )
                                )
9     vs.                       )   ORDER GRANTING MOTION
                                )   FOR EXPEDITED HEARING
10 KENNY ROWELL,                )
                                )
11         Defendant.           )   (PROPOSED)
                                )

   BEFORE THE COURT is Defendant's Motion for Expedited Hearing (Ct. Rec. __). For the reasons set forth in the Defendant's motion and memorandum, **IT IS HEREBY ORDERED** that Defendant's for Expedited Hearing (Ct. Rec. __) is **GRANTED**.

   **IT IS SO ORDERED**. The district court executive is directed to enter this order and provide copies to counsel and the United States Probation Office.

   DATED this ___ day of _____ 2013.

                                    _____
                                    WM. FREMMING NIELSEN
                                    UNITED STATES DISTRICT JUDGE

ORDER                              1