MICHAEL C. ORMSBY
United States Attorney
Eastern District of Washington
ALEXANDER C. EKSTROM
Assistant United States Attorney
402 E. Yakima Avenue, Suite 210
Yakima, Washington  98901
(509)  454-4425

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | NO: CR-13-6070-WFN |
| vs. | GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO CONTINUE AND EXTEND DEADLINES |
| KENNETH RICHARD ROWELL, | |
| Defendant. | |

The Plaintiff, United States of America, by and through its Attorney, Michael C. Ormsby,

United States Attorney for the Eastern District of Washington, and Alexander C. Ekstrom, Assistant

United States Attorney for said district, responds as follows to defendant's motion for continuance

(ECF 34): The Government has no objection.

DATED this 13th day of January, 2014.


MICHAEL C. ORMSBY
United States Attorney

s/ Alexander C. Ekstrom
ALEXANDER C. EKSTROM
Assistant United States Attorney

Government's Response to
Motion to Continue

1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

I hereby certify that on January 13, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Rick Hoffman

s/ Alexander C. Ekstrom
Alexander C. Ekstrom
Assistant United States Attorney
United States Attorney's Office
402 E. Yakima Ave., Suite 210
Yakima, WA 98901
(509) 454-4425

Government's Response to
Motion to Continue

2