# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                  Plaintiff,<br>  -vs-<br>KENNETH RICHARD ROWELL,<br><br>                                Defendant. | Case No.    2:13-CR-6070-WFN-1<br>**CRIMINAL MINUTES**<br><br>DATE:    JANUARY 13, 2014<br>LOCATION:  YAKIMA<br><br>**EXPEDITED FIRST PRETRIAL<br>CONFERENCE AND MOTION HEARING** |

| Hon. Wm. Fremming Nielsen | | | |
|---|---|---|---|
| Joanna L. Knutson | Paul S. Stewart | N/A | Lynette F. Walters |
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |
| Shawn N. Anderson  for  Alexander C. Ekstrom | | Rick L. Hoffman | |
| **Government Counsel** | | **Defense Counsel** | |

**[ X ]  Open Court**         **[   ]  Chambers**         **[   ]  Telecon**

Defendant present in custody of United States Marshal with appointed counsel.  Court queried Defendant as to the accuracy of his name.  Defendant stated his name is accurate as the Court stated it.

Initial comments by Court noting a current trial date of February 10, 2014 with a speedy trial timeout of February 18, 2014.  Court inquires of counsel as to the status of the matter.  Counsel respond.

Court GRANTS Defendant's Motion to Continue Trial, making ends of justice findings.

Jury trial of February 10, 2014, is CONFIRMED STRICKEN and RESET to March 17, 2014, Y/WFN.  .

An additional pretrial conference and motion hearing shall be held February 24, 2014, at 11:00 a.m., Y/WFN.  Court set briefing schedule as follows: Motions shall be filed and served no later than February 10, 2014, with responses to be filed and served no later than February 18, 2014

Defendant executed a waiver of speedy trial rights.

**[ X ]  ORDER FORTHCOMING**

| CONVENED: 10:57 A.M. | ADJOURNED: 11:02 A.M. | TIME: 0:05 HR. | CALENDARED [ X ] |
|---|---|---|---|