FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 13 2014

SEAN F. McAVOY, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

        Plaintiff,

-vs-

*Kenneth Richard Rowell*

        Defendant.

No. CR-13-6070-WFN-1

WAIVER OF SPEEDY TRIAL

I have been advised of my right to a speedy trial under the Speedy Trial Act, 18 U.S.C. § 3161. I hereby waive my right to a speedy trial under the Act and consent to continuing my trial date from _February 10, 2014_ to _March 17, 2014_. I understand the period of the continuance will be excluded from computations of tie for the purposes of the Speedy Trial Act.

_____
                        Defendant
Date: _1/13/14_

_____
   Defense Counsel's Signature

Printed Name: _Paul Hoffman_

Date: _1/13/14_

_____
      Interpreter   n/a

WAIVER OF SPEEDY TRIAL