1   Rick L. Hoffman
    FEDERAL DEFENDERS OF EASTERN WASHINGTON AND IDAHO
2   306 East Chestnut Avenue
    Yakima, Washington 98901
3   (509) 248-8920

4   Attorneys for Defendant
    KENNETH RICHARD ROWELL

5

                    UNITED STATES DISTRICT COURT
6                   EASTERN DISTRICT OF WASHINGTON

7   UNITED STATES OF AMERICA,          )
                                       )    CR-13-6070-WFN
8           Plaintiff,                 )
                                       )    ORDER GRANTING MOTION
9      vs.                             )    FOR DISCOVERY AND
                                       )    PRETRIAL DISCLOSURES
10  KENNETH RICHARD ROWELL,            )
                                       )
11          Defendant.                 )
    _____)    (PROPOSED)
12

13          BEFORE THE COURT is Defendant's Motion for Discovery and

14  Pretrial Disclosures (Ct. Rec. __).  For the reasons set forth in Defendant's

15  motion, **IT IS HEREBY ORDERED** that Defendant's Motion for Discovery

16  and Pretrial Disclosures (Ct. Rec. __) is **GRANTED**.  The district court

17  executive is directed to enter this order and provide copies to counsel.

18  DATED this ___ day of _____, 20__.

19

20

21                              _____
                                    WM. FREMMING NIELSEN
22                              UNITED STATES DISTRICT JUDGE

23

24

ORDER                                    1