# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>   -vs-<br><br>KENNETH RICHARD ROWELL,<br><br>                   Defendant. | **Case No.**      **2:13-CR-6070-WFN-1**<br>**CRIMINAL MINUTES**<br><br>**DATE:**      **FEBRUARY 24, 2014**<br>**LOCATION:**  **YAKIMA**<br><br>**CHANGE OF PLEA HEARING** |

| Hon. Wm. Fremming Nielsen | | | |
|---|---|---|---|
| Joanna L. Knutson<br>**Courtroom Deputy** | Heather Foe<br>**Law Clerk** | N/A<br>**Interpreter** | Kimberly Allen<br>**Court Reporter** |
| Alexander C. Ekstrom<br>**Government Counsel** | | Rick L. Hoffman<br>**Defense Counsel** | |

**United States Probation Officer:**  Jennifer M. Dykstra

[ X ]  **Open Court**　　　　[   ]  **Chambers**　　　　[   ]  **Telecon**

Defendant present in custody of United States Marshal with appointed counsel.  Court confirmed with defense counsel that the Defendant was prepared to enter a change of plea to the Indictment at this time.  Court previously queried Defendant as to the accuracy of his name.

Government counsel set forth the elements that would need to be proven to obtain a conviction.  Original signed 11(c)(1)(C) Plea Agreement handed up for filing.  Court engaged Defendant in a colloquy regarding charges and advised Defendant he has a right to go to trial.  Court advises Defendant of Constitutional Rights given up by plea of guilty.  Defendant enters guilty plea.  Order Accepting Guilty Plea to Count 1 of the Indictment signed and filed; Presentence Investigation Report ordered.  Order Re: Schedule for Sentencing to be filed.  All pending motions are denied as moot.

Sentencing set for **May 19, 2014, at 10:00 a.m., Y/WFN**.  Defendant shall **REMAIN DETAINED** as previously ordered.

[ X ]　**ORDERS FORTHCOMING**

| CONVENED: 11:02 A.M. | ADJOURNED:  11:14 A.M. | TIME:　　　0:12 HR. | CALENDARED　　[ X ] |
|---|---|---|---|