UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　-vs-<br><br>KENNETH RICHARD ROWELL,<br><br>　　　　　　　　Defendant. | No.  2:13-CR-6070-WFN-1<br><br>ORDER ACCEPTING<br>GUILTY PLEA |

This Court finds Defendant's plea of guilty to Count 1 of the Indictment is voluntary, is not induced by fear, coercion, or ignorance; is given with knowledge of the charged crime, the essential elements of the charged crime, the Government's evidence of the charged crime and the consequences, and that the facts admitted to by the Defendant in open court constitute the essential elements of the crime as charged. Accordingly,

**IT IS ORDERED** that:

1. Defendant's guilty plea is **ACCEPTED**.
2. All pending motions are **DENIED AS MOOT**.

The District Court Executive is directed to file this Order and provide copies to counsel.

**DATED** this 24th day of February, 2014.

　　　　　　　　　　　　　　　　s/ Wm. Fremming Nielsen
　　　　　　　　　　　　　　　WM. FREMMING NIELSEN
02-24-14-1　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE

ORDER ACCEPTING
GUILTY PLEA