Rick L. Hoffman
Federal Defenders of Eastern Washington and Idaho
306 East Chestnut Avenue
Yakima, Washington 98901
(509) 248-8920

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> vs.<br><br>KENNETH RICHARD ROWELL,<br><br>    Defendant. | 2:13-CR-6070-WFN<br><br>SUPPLEMENTAL MEMORANDUM REGARDING PRE-SENTENCE INVESTIGATION REPORT |

To:   MICHAEL C. ORMSBY, UNITED STATES ATTORNEY
      ALEXANDER C. EKSTROM, ASSISTANT UNITED STATES ATTORNEY

KENNETH RICHARD ROWELL, through counsel, Rick L. Hoffman for the Federal Defenders of Eastern Washington and Idaho, submits the following memorandum regarding the presentence investigation report filed herein.

To the Bureau of Prisons (BOP), a defendant's presentence investigation report (PSIR) is of paramount importance to both the defendant and to BOP. It impacts every aspect and element of the defendant's time in custody. *United States v. Brown*, 715 F.2d 387 (5th Cir. 1983). This literally includes the original designation to an

SUPPLEMENTAL MEMORANDUM
REGARDING PRE-SENTENCE
INVESTIGATION REPORT                1

institution, classification within an institution, security level determinations, eligibility for programs while in the institution, which includes educational opportunities and vocational training, providing of medical and mental health programs and pre-release considerations, such as furlough and half-way house options.

A sentencing court has the authority and duty to consider the PSIR and order modifications/deletions before the report is forwarded to BOP. F.R.Cr.P. § 32(i)(3); *United States v. Petti*, 513 F.2d 572 (9th Cir. 1975). Here, Mr. Rowell suggests that the information set forth in the presentence investigation report, *ECF 52,* at page 11, paragraphs 54 -57, inordinately impacts the defendant as he enters BOP, is prejudicial to his placement in BOP and his custody status, programs and release options, and that this prejudice far outweighs the need or necessity for this PSIR provision from being in the report.

Mr. Rowell respectfully requests that the indicated portion of the PSIR be deleted from the report.

//
//
//
//
//
//

SUPPLEMENTAL MEMORANDUM
REGARDING PRE-SENTENCE
INVESTIGATION REPORT            2

Dated:    May 13, 2014

               Respectfully Submitted,

<u>S/ Rick L. Hoffman</u>
Rick L. Hoffman,
Attorney for Kenneth Richard Rowell
Federal Defenders of
Eastern Washington and Idaho
306 East Chestnut Avenue
Yakima, Washington 98901
(509) 248-8920
(509) 248-9118
Email:  Rick_Hoffman@fd.org

**CERTIFICATE OF SERVICE**

  I hereby certify that on May 13, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: ALEXANDER C. EKSTROM, Assistant United States Attorney.

               <u>S/ Rick L. Hoffman</u>
               Rick L. Hoffman,

SUPPLEMENTAL MEMORANDUM
REGARDING PRE-SENTENCE
INVESTIGATION REPORT   3