# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                    Plaintiff,<br>   -vs-<br>KENNETH RICHARD ROWELL,<br><br>                                    Defendant. | Case No.    2:13-CR-6070-WFN-1<br>**CRIMINAL MINUTES**<br><br>DATE:    MAY 19, 2014<br>LOCATION:    YAKIMA<br><br>**SENTENCING HEARING** |

| Hon. Wm. Fremming Nielsen | | |
|---|---|---|
| Joanna L. Knutson | Paul S. Stewart | Lynette F. Walters |
| **Courtroom Deputy** | **Law Clerk** | **Court Reporter** |
| Alexander C. Ekstrom | | Rick L. Hoffman |
| **Government Counsel** | | **Defense Counsel** |
| **United States Probation Officer:**    Sean E. Carter | | |

[ X ]  Open Court          [   ]  Chambers          [   ]  Telecon

Defendant present in custody of United States Marshal with appointed counsel. Court confirmed with Government counsel that he had no objections to the PSR; Court ruled on Defendant's objections to the PSR. Court also confirmed with defense counsel that the Defendant had the opportunity to review the PSR and further queried Defendant as to whether he had any objections other than that already discussed. Defendant indicated he did not. The Court accepted the Presentence Investigation Report.

Counsel addressed the Court with their respective recommendations for resolution of the matter. Defendant addressed the Court. Court ACCEPTS the parties' 11(c)(1)(C) Plea Agreement.

**Imprisonment:**        120 Months with credit for any time served
**Supervised Release:**    8   Years with standard conditions **plus special conditions:**
- Search of person, vehicle and residence
- Substance abuse evaluation and treatment/counseling, if recommended; Probation Officer is authorized to order up to 6 UAs and/or breathalyzers
- Abstain from controlled substances, including marijuana, and alcohol
- Do not enter any establishment whose primary item of sale is alcohol
- Cooperate in the collection of DNA as directed by Probation Officer

**Fine:**            Waived
**Special Assessment:**    $100.00 – Inmate Financial Responsibility Program

Appeal rights waived by Plea Agreement including Defendant's right to file a post-conviction 2255 motion <u>except</u> one based upon ineffective assistance of counsel. Court agrees to write a letter to the Bureau of Prisons recommending Defendant be allowed to participate in the 500 hour drug treatment program as well as be designated to the Sheridan, Oregon facility.

Defense counsel advised that the Defendant's father was prepared to go pay the $100 special assessment at this time at the Clerk's office.

| **CONVENED:** 10:04 A.M. | **ADJOURNED:** 10:26 A.M. | **TIME:** 0:22 HR. | **CALENDARED** [ N/A ] |
|---|---|---|---|