# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF WASHINGTON

**WM. FREMMING NIELSEN**
*Senior Judge*

*Post Office Box 2208*
*Spokane, Washington 99210-2208*
*Telephone 509.458.5290*
*Facsimile 509.458.5291*

May 21, 2014

Designation and Sentence Computation Center
Grand Prairie Office Complex
United States Armed Forces Reserve Complex
346 Marine Forces Drive
Grand Prairie, Texas  75051

Re:   Kenneth Richard Rowell
      Case No. 2:13-CR-6070-WFN-1

Dear Sir or Madam:

On May 19, 2014, Mr. Rowell was sentenced to 120 months on his conviction of a drug charge.

The Defendant is a longtime resident of Eastern Washington and requests that his incarceration be served at the Sheridan, Oregon facility to enable visitation. He acknowledges that he has a drug abuse problem of longstanding and for this reason does request the opportunity to be able to participate in the BOP 500 hour drug treatment program.

The Court feels both requests are reasonable and concurs with them.

Very truly yours,

Wm. Fremming Nielsen
Senior U.S. District Judge

L14\13-6070:jlk

c:   Rick L. Hoffman
     Alexander C. Ekstrom
     Sean E. Carter