PROB 12A
(6/16)

# United States District Court

### for the

### Eastern District of Washington

### Report on Offender Under Supervision
*(No Action Requested)*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 29, 2023

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Kenneth Richard Rowell | Case Number: 0980 2:13CR06070-SAB-1 |

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

| | |
|---|---|
| Date of Original Sentence: May 19, 2014 | Type of Supervision: Term of Supervised Release |
| Original Offense: Distribution of a Controlled Substance-Methamphetamine, 21 U.S.C. §§ 841 (a)(1) | Date Supervision Commenced: May 10, 2022 |
| Original Sentence: Prison 120 Months<br>              TSR - 8 Years | Date Supervision Expires: May 9, 2030 |

## NONCOMPLIANCE SUMMARY

On May 13, 2022, the undersigned officer reviewed with Mr. Rowell the conditions of supervised release. He signed a copy of his conditions and verbalized understanding his requirements.

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 16**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Kenneth Richard Rowell is considered to be in violation of his term of supervised release by having used a controlled substance, methamphetamine, and marijuana, on or before July 12, 2023, and methamphetamine on or about July 17, 2023.

On July 13, 2023, Mr. Rowell admitted to the undersigned officer to having used marijuana and methamphetamine on an ongoing basis, and his last drug use was on July 12, 2023.  Mr. Rowell was referred to Merit Resource Services (Merit)  to complete a substance abuse assessment and for drug testing. On July 17, 2023, Mr. Rowell reported to Merit for drug testing as required, and the drug test results were positive for methamphetamine and marijuana. Mr. Rowell informed the undersigned officer of these test results and denied any new drug use. Merit staff sent this drug test to Abbott Laboratory for confirmation. U.S. probation later received the drug test report confirming a positive result for marijuana and methamphetamine.

Prob12A
**Re: Rowell, Kenneth Richard**
**September 28, 2023**
**Page 2**

**U.S. Probation Officer Action**:

Mr. Rowell completed a substance abuse assessment on July 13, 2023, and entered into outpatient substance abuse treatment services at Merit as instructed. Mr. Rowell has complied with drug testing as instructed and to date, drug tests have been negative. It is respectfully recommended no action to be taken at this time as the above-mentioned violation conduct was addressed through a treatment intervention.

I declare under penalty of perjury that the foregoing is true and correct.

Executed On:    September 28, 2023

s/Elizabeth Lee

Elizabeth Lee
U.S. Probation Officer
Date:  September 27, 2023

[X]    Court Concurs with Officer Action
[ ]    Submit a Request for Modifying the Condition or Term of Supervision
[ ]    Submit a Request for Warrant or Summons
[ ]    Other

Signature of Judicial Officer

9/29/2023

Date