Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Earl A. Hicks
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KENNETH RICHARD ROWELL,

    Defendant.

Case No.: 2:13-CR-06070-SAB-1

Notice of Substitution and Withdrawal of Counsel for the United States

    Plaintiff, United States of America, by and through Vanessa R. Waldref, United States Attorney for the Eastern District of Washington, and Earl A. Hicks, Assistant United States Attorney for the Eastern District of Washington, hereby substitutes as counsel of record on behalf of the United States replacing Alexander C. Ekstrom, who hereby withdraws as counsel of record on behalf of the United States.

    Dated: February 27, 2024.

Vanessa R. Waldref
United States Attorney

*s/Earl A. Hicks*
Earl A. Hicks
Assistant United States Attorney

*s/Alexander C. Ekstrom*
Alexander C. Ekstrom
Assistant United States Attorney

Notice of Substitution and Withdrawal of Counsel for the United States - 1

**CERTIFICATE OF SERVICE**

I hereby certify that on February 27, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the counsel of record.

<ins>s/Earl A. Hicks</ins>
Earl A. Hicks
Assistant United States Attorney