AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
для the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Mar 05, 2024**

SEAN F. McAVOY, CLERK

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. **2:13-cr-06070-SAB-1** |
| Kenneth Richard Rowell | ) |
|  | ) |
| *Defendant* | ) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☑ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of Court

***PLEASE ARRIVE 30 MINUTES EARLY WITH PROPER IDENTIFICATION***

| Place: | ☐ United States Courthouse<br>West 920 Riverside Avenue<br>Spokane, WA 99201 | ☐ United States Courthouse<br>25 South 3rd Street<br>Yakima, WA 98901 | ☑ United States Courthouse<br>825 Jadwin Avenue<br>Richland, WA 99352 |
|---|---|---|---|

Date: **03/14/2024**    Time: **1:00 p.m.**    Courtroom **326 - Richland**

**Defendant's Address:** ▮▮▮▮▮▮▮▮▮▮ Kennewick, Washington 99337

This offense is briefly described as follows:

See Petition and Order filed 02/23/2024.

X *[signature]*

Date: Feb 23, 2024, 3:59 pm

**CLERK OF COURT**
By: *[signature]*
SEAN F. McAVOY, Clerk

---

I declare under penalty of perjury that I have:

☒ Executed and returned this summons        ☐ Returned this summons unexecuted

Date: 3/5/2024

*[signature]*
*Server's signature*

Isacc Del Angel
*Printed name and title*

DoSm # 30039