UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KENNETH RICHARD ROWELL,<br><br>Defendant's Printed Name. | No.  2:13-cr-06070-SAB-1<br><br>ACKNOWLEDGMENT OF NOTICE OF RIGHTS –  PETITION – POST JUDGMENT |

The undersigned defendant does hereby acknowledge: I appeared on this date and was advised as follows:

1. Of the charge or charges placed against me, and I acknowledge receipt of a copy of the Petition for Warrant or Summons for Offender Under Supervision;

2. Of the maximum penalty provided by law;

3. My right to remain silent at all times and if I make a statement it can be used against me;

4. My right to retain my own counsel; and if I am without funds, to have counsel appointed to represent me in this matter;

5. My right to a bail hearing, if I am in custody.

6. My right to a preliminary hearing, if I am in custody.

ACKNOWLEDGMENT OF NOTICE OF RIGHTS - Page 1

7. My right, if I am not a United States citizen, to request a Government attorney or law enforcement official notify my country's consulate of my arrest or detention.

_____
Interpreter Signature

Date: _____March 13, 2024_____

_____     _____ L. Faviola Gutierrez
Interpreter Printed Name                           Defendant Signature

I reviewed this document with Mr. Rowell telephonically on March 13, 2024. He consents on me signing on his behalf.

ACKNOWLEDGMENT OF NOTICE OF RIGHTS - Page 2