# United States District Court, Eastern District of Washington
## Magistrate Judge James A. Goeke
### Richland

**USA v. KENNETH RICHARD ROWELL**                    Case No.    2:13-CR-6070-SAB-1

Richland Video Conference (JAG @ Spokane; Counsel and Defendant @ Richland)
The Defendant agreed to appear via video conference.

**Initial Appearance on Supervised Release Petition:**                    03/14/2024

| | | | |
|---|---|---|---|
| ☒ | Sara Gore, Courtroom Deputy [R] | ☒ | Laurel Holland, US Atty [R] |
| ☒ | Melissa Orosco, Courtroom Deputy [S] | ☒ | Nick Mirr, Defense Atty [R] |
| ☒ | Janie Coronado, US Probation / Pretrial Services Officer | ☒ | Interpreter **NOT REQUIRED** |
| ☒ | Defendant present ☒ out of custody | | |

| | | | |
|---|---|---|---|
| ☐ | USA Oral Motion for Detention | ☒ | Rights given |
| ☒ | USA not seeking detention | ☒ | Acknowledgment of Rights previously filed |
| ☒ | Financial Affidavit (CJA 23) previously filed | ☒ | Defendant received copy of charging document |
| ☒ | The Court will appoint the Federal Defenders | ☒ | Defendant waived reading of petition |
| ☐ | Based upon conflict with Federal Defenders, the Court will appoint a CJA Panel Attorney | ☐ | Petition reviewed in open court |
| ☒ | Conditions of Release as Previously Imposed | ☐ | Supplemental Pre-Trial Services Report ordered |
| ☒ | AO 199C Advice of Penalties/Sanctions | ☐ | The Court ordered continued representation of previously appointed counsel with the additional Petition(s) |

## REMARKS

Defendant appeared and was assisted by counsel and advised of his rights and the allegations contained in the petition filed on 2/23/2024 regarding alleged violation numbers 1-7.

The Defendant acknowledged to the Court that his true and correct name is: Kenneth Richard Rowell.

A denial of the violations pending on the petition is entered on behalf of Defendant.

**The Court ordered:**

1. The Defendant shall be released on conditions as previously imposed.

| **Detention Hrg on Petition:**<br><br>*USA Not Seeking Detention* | **Preliminary Hrg:**<br><br>*USA Not Seeking Detention* | **Revocation Hrg:**<br>03/26/2024 @ 9:00 a.m.<br>[Y/SAB] |
|---|---|---|