FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 15, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH RICHARD ROWELL,<br><br>Defendant. | No. 2:13-CR-06070-SAB-1<br><br>ORDER FOLLOWING INITIAL APPEARANCE ON SUPERVISED RELEASE VIOLATION PETITION |

On March 14, 2024, the Court held a hearing for Defendant KENNETH RICHARD ROWELL's initial appearance based on a petition for action, post-conviction, filed February 23, 2024, ECF No. 67, alleging Violation Nos. 1-7. Defendant appeared out of custody represented by Assistant Federal Defender Nick Mirr.  Assistant U.S. Attorney Laurel Holland represented the United States. U.S. Probation Officer Janie Coronado was also present in Richland.  Defendant consented to the proceedings being conducted by video with the Court presiding in Spokane, Defendant and his counsel appearing in Richland, and the Government appearing in Richland.

Defendant was advised of, and acknowledged, his rights.  The Court entered a denial of the violations pending on the petition on behalf of Defendant.  The Office of the Federal Defenders of Eastern Washington and Idaho was appointed to represent the Defendant in this matter.  The United States did not seek Defendant's detention.

ORDER - 1

**IT IS ORDERED:**

1. Defendant is released on the previously imposed conditions of supervised release pending the revocation hearing. Said conditions are further expressly reimposed under 18 U.S.C. § 3142(c), pursuant to this Court's authority to grant pre-revocation hearing release under Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1).

2. A **supervised release revocation hearing** is set before Chief Judge Bastian in Yakima on **March 26, 2024, at 9:00 a.m.**

**IT IS SO ORDERED.**

DATED March 15, 2024.



_____
JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 2