

Juliana M. Van Wingerden
Federal Defenders of Eastern Washington and Idaho
306 E. Chestnut Ave.
Yakima, Washington 98901
509.248.8920
Attorney for Kenneth Richard Rowell

United States District Court
Eastern District of Washington
The Honorable Stanley A. Bastian

| | |
|---|---|
| United States,<br><br>                Plaintiff,<br><br>   v.<br><br>Kenneth Richard Rowell,<br>                Defendant. | No. 2:13-CR-6070-SAB<br><br>**Notice of Appearance** |

Please take notice that Juliana M. Van Wingerden, of the Federal Defenders of Eastern Washington and Idaho hereby enters her appearance as counsel of record in this matter. All future correspondence and court filings should be forwarded directly to the address listed above.

Dated: March 18, 2024.

                                          Federal Defenders of Eastern Washington & Idaho
                                          Attorneys for Kenneth Richard Rowell

                                          s/ Juliana M. Van Wingerden
                                          Juliana M. Van Wingerden
                                          WSBA # 47846
                                          306 E. Chestnut Ave.
                                          Yakima, Washington 98901
                                          t: (509) 248-8920
                                          juliana_vanwingerden@fd.org

## Service Certificate

I certify that on March 18, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will notify Assistant United States Attorney: Earl Allan Hicks.

                                          s/ Juliana M. Van Wingerden
                                          Juliana M. Van Wingerden
                                          WSBA # 47846
                                          306 E. Chestnut Ave.
                                          Yakima, Washington 98901
                                          t: (509) 248-8920
                                          juliana_vanwingerden@fd.org