# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br>  -vs-<br><br>KENNETH RICHARD ROWELL,<br><br>                      Defendant. | Case No.    2:13-CR-6070-SAB-1<br><br>CRIMINAL MINUTES<br><br>DATE:    MARCH 26, 2024<br><br>LOCATION:  YAKIMA, WA<br><br>REVOCATION OF SUPERVISED RELEASE HEARING |

| CHIEF JUDGE STANLEY A. BASTIAN | | | |
|---|---|---|---|
| Michelle Fox | 02 | | Marilynn McMartin |
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |
| Todd Swensen | | Juliana Van Wingerden | |
| **Government Counsel** | | **Defense Counsel** | |
| **United States Probation Officer:** Arturo Santana | | | |

[X] Open Court            [ ] Chambers            [ ] Telecon/Video

Defendant present and out of custody of the US Marshal.

Court asks how are the parties proceeding? 7 violations.

J. Van Wingerden indicates defendant will admit the violations and request the sentence be held in abeyance for 90 days.

Court verifies defendant's correct name.
    Defendant confirms his name is correct.

Court asks defendant if he has reviewed all the violations. Court asks defendant if he agrees and stipulates that the Court can review and rely on the evidence in the petition in deciding whether he is in violation of supervised release.
    Defendant understands and indicates yes.

**[ X ]  ORDER FORTHCOMING**

| CONVENED: 9:00 A.M. | ADJOURNED: 9:13 A.M. | TIME: 13 MIN. | CALENDARED    [ X ] |
|---|---|---|---|

*USA -vs- Rowell*  
2:13-CR-6070-SAB-1  
Revocation of Supervised Release Hearing

March 26, 2024  
Page 2

Court outlines violation 1.
    Defendant admits violation 1.

Court outlines violation 2.
    Defendant admits violation 2.

Court outlines violation 3.
    Defendant admits violation 3.

Court outlines violation 4.
    Defendant admits violation 4.

Court outlines violation 5.
    Defendant admits violation 5.

Court outlines violation 6.
    Defendant admits violation 6.

Court outlines violation 7.
    Defendant admits violation 7.

Court finds that based on the evidence in the petition and the defendant's admissions, the Court finds that defendant is in violation of supervised release and find violations 1 through 7 have been committed.

T. Swensen presents argument and outlines recommendations. 90-day abeyance.

J. Van Wingerden presents argument and outlines recommendations.

Court speaks to defendant.

Defendant speaks to the Court.

Court sentences defendant. Remain on supervised release. No sanction imposed.