1  Vanessa R. Waldref
2  United States Attorney
   Eastern District of Washington
3  Brandon L. Pang
4  Assistant United States Attorney
   825 Jadwin Ave, Suite G-60
5  P.O. Box 21
6  Richland, WA 99352
   (509) 353-2767
7
                    IN THE UNITED STATES DISTRICT COURT
8                     EASTERN DISTRICT OF WASHINGTON
9

10 | UNITED STATES OF AMERICA,        | 2:13-CR-06070-SAB
11 |                                  |
12 |           Plaintiff,             |
                                       | Notice of Substitution and
13 |     vs.                          | Withdrawal of Counsel for the
                                       | United States
14 | KENNETH RICHARD ROWELL           |
15 |                                  |
   |           Defendant.             |
16

17     Plaintiff, United States of America, by and through Vanessa R. Waldref, United
18 States Attorney for the Eastern District of Washington, and Brandon L. Pang,
19
20 Assistant United States Attorney for the Eastern District of Washington, hereby
21 substitutes as counsel of record on behalf of the United States replacing Earl A. Hicks,
22
   who hereby withdraws as counsel of record on behalf of the United States.
23
24     DATED July 15, 2024.
       Vanessa R. Waldref
25     United States Attorney
26
27     *s/ Brandon L. Pang*              *s/ Earl A. Hicks*
       Brandon L. Pang                   Earl A. Hicks
28     Assistant United States Attorney  Assistant United States Attorney

Notice of Substitution and Withdrawal of Counsel for the United States - 1

# CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system.

    Federal Public Defender - YAK
    Federal Defenders - YAK
    Eastern Washington
    306 East Chestnut Avenue
    Yakima, WA 98901

    *s/ Brandon L. Pang*
    Brandon L. Pang
    Assistant United States Attorney