Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Brandon L. Pang
825 Jadwin Ave., Suite G-60
Richland, WA 99352
Telephone:  (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:13-CR-06070-SAB |
| Plaintiff, | Motion for Detention |
| v. | |
| KENNETH RICHARD ROWELL, | |
| Defendant. | |

The United States moves for detention of Defendant, pursuant to Federal Rules of Criminal Procedure 32.1(a)(6) and 46(d) and 18 U.S.C. § 3143(a). [The United States also moves for the revocation of Defendant's release, pursuant to 18 U.S.C. § 3148].

A.    18 U.S.C. § 3143(a)

    1.    Eligibility of Case

This case is eligible for a detention order because Defendant is pending a hearing on a violation of probation or supervised release.

Motion for Detention - 1

2.    <u>Reason for Detention</u>

The Court should detain Defendant because the Court cannot find by clear and convincing evidence that (check one or both):

☒    Defendant is not likely to flee; and/or

☒    Defendant will not pose a danger to the safety of any other person or the community if released.

The burden of establishing by clear and convincing evidence that Defendant will not flee or pose a danger to any other person or the community rests with Defendant.

3.    <u>Time for Detention Hearing</u>

The United States requests that the Court conduct the detention hearing:

☒    At the first appearance, or

☐    After a continuance of three days.

2.    <u>Rebuttable Presumption</u>.

The United States

☒    will

☐    will not

invoke the rebuttable presumption against Defendant under 18 U.S.C. § 3148(b).

If the United States is invoking the presumption, it applies because, while on release, Defendant committed a Federal, State, or local felony.

3.    <u>Time for Detention Hearing</u>

Motion for Detention - 2

The United States requests that the Court conduct the detention hearing:

☒    At the first appearance, or

☐    After a continuance of three days.

B.    No Contact Order

The United States further requests, in addition to pretrial confinement, that Defendant be subject to the following condition:

Defendant shall have no contact whatsoever, direct or indirect, with any persons Defendant knows or reasonably should know are or may become a victim or potential witness in the subject investigation or prosecution.  Prohibited forms of contact include, but are not limited to, telephone, mail, email, text, video, social media, and/or any contact through any third person or parties.

Dated:  July 16, 2024.

Vanessa R. Waldref
United States Attorney

*s/Brandon L. Pang*
Brandon L. Pang
Assistant United States Attorney

Motion for Detention - 3

1

## **CERTIFICATE OF SERVICE**

2

     I hereby certify that on July 16, 2024, I electronically filed the foregoing

3

with the Clerk of the Court using the CM/ECF System, which in turn automatically

4

generated a Notice of Electronic Filing (NEF) to all parties in the case who are

5

registered users of the CM/ECF system.

6

                                 *s/Brandon L. Pang*

7

                                 Brandon L. Pang
                                 Assistant United States Attorney

8

9

10

11

12

13

14

15

16

17

18

19

20

21

Motion for Detention - 4