# United States District Court, Eastern District of Washington
## Magistrate Judge James A. Goeke
### Richland

**USA v. KENNETH RICHARD ROWELL**      Case No.    2:13-CR-6070-SAB-1

Richland Video Conference (JAG @ Spokane; Counsel and Defendant @ Richland)
The Defendant agreed to appear via video conference.

**Status Hearing:**                                                **07/16/2024**

| | | | |
|---|---|---|---|
| ☒ | Sara Gore, Courtroom Deputy [R] | ☒ | Brandon Pang US Atty |
| ☒ | Melissa Orosco, Courtroom Deputy [S] | ☒ | Julianna Van Wingerden, Defense Atty |
| ☒ | Elizabeth Lee, US Probation / Pretrial Services Officer | ☒ | Interpreter **NOT REQUIRED** |
| ☒ | Defendant present ☒in custody USM | | |

| | | | |
|---|---|---|---|
| ☐ | USA Oral Motion for Detention | ☐ | Rights given |
| ☐ | USA not seeking detention | ☐ | Acknowledgment of Rights filed |
| ☐ | Financial Affidavit (CJA 23) filed | ☐ | Defendant received copy of charging document |
| ☐ | The Court will appoint the Federal Defenders | ☐ | Defendant waived reading of petition |
| ☐ | Based upon conflict with Federal Defenders, the Court will appoint a CJA Panel Attorney | ☐ | Petition reviewed in open court |
| ☐ | Conditions of Release Imposed | ☐ | Supplemental Pre-Trial Services Report ordered |
| ☐ | Conditions of Release as Previously Imposed | ☐ | The Court ordered continued representation of previously appointed counsel with the additional Petition(s) |

### REMARKS

    Defense counsel requested that the hearing be continued to Thursday due to the Defendant not feeling well.

    Colloquy between Court and the Defendant, the Defendant expressed not feeling well and agreed to the hearing being rescheduled to Thursday.

**The Court ordered:**
1. Defendant shall be detained by the U. S. Marshal until further order of the Court.

Initial Appearance on Supervised Release Petition Continued
7/18/204 @ 10:00 a.m.
[R/JAG]

---

Digital Recording/R-326      Time: 9:33 a.m. – 9:35 a.m.      Page 1