# United States District Court, Eastern District of Washington
## Magistrate Judge James A Goeke
### Richland

**USA v.  KENNETH RICHARD ROWELL**          **Case No.**      **2:13-CR-6070-SAB-1**

Richland Video Conference (JAG @ Spokane; Counsel and Defendant @ Richland)
The Defendant agreed to appear via video conference.

## Initial Appearance on Supervised Release Petition:                    07/18/2024

| | | | |
|---|---|---|---|
| ⊠ | Sara Gore, Courtroom Deputy [R] | ⊠ | Brandon Pang, US Atty |
| ⊠ | Lee Reams, Courtroom Deputy [S] | ⊠ | Craig Webster, Defense Atty |
| ⊠ | SanJuanita Coronado, US Probation / Pretrial Services Officer (tele) | ⊠ | Interpreter **NOT REQUIRED** |
| ⊠ | Defendant present ⊠in custody USM | | |

| | | | |
|---|---|---|---|
| ⊠ | USA Motion for Detention | ⊠ | Rights given |
| ☐ | USA not seeking detention | ⊠ | Acknowledgment of Rights filed |
| ⊠ | Financial Affidavit (CJA 23) filed | ⊠ | Defendant received copy of charging document |
| ⊠ | The Court will appoint the Federal Defenders | ⊠ | Defendant waived reading of petition |
| ☐ | Based upon conflict with Federal Defenders, the Court will appoint a CJA Panel Attorney | ☐ | Petition reviewed in open court |
| ☐ | Conditions of Release Imposed | ☐ | Supplemental Pre-Trial Services Report ordered |
| ☐ | Conditions of Release as Previously Imposed | ☐ | The Court ordered continued representation of previously appointed counsel with the additional Petition(s) |
| ☐ | AO 199C Advice of Penalties/Sanctions | | |

## REMARKS

Defendant appeared and was assisted by counsel and advised of his rights and the allegations contained in the petition filed on 5/29/2024 regarding alleged violation numbers 1-8.

The Defendant acknowledged to the Court that his true and correct name is: Kenneth Richard Rowell.

A denial of the violations pending on the petition is entered on behalf of Defendant.

**The Court ordered:**
1. USA's Motion for Detention is **granted**.
2. Defendant shall be detained by the U. S. Marshal until further order of the Court.

Digital Recording/R-326          Time:  10:08 a.m. – 10:19 a.m.          Page 1

| Detention Hrg on Petition: | Preliminary Hrg: | Revocation Hrg: |
|---|---|---|
| *Waived by Defendant* | *Waived by Defendant* | **07/23/2024 @ 9:30 a.m. [Y/SAB]** |
| *Subject to right to return before the Court should circumstances change.* | | |