FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 22, 2024

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH RICHARD ROWELL,<br><br>Defendant. | No. 2:13-CR-06070-SAB<br><br>ORDER FOLLOWING INITIAL APPEARANCE ON SUPERVISED RELEASE VIOLATION PETITION<br><br>**MOTION GRANTED**<br>**(ECF No. 88)**<br><br>**\*\*USMS ACTION REQUIRED\*\*** |

On July 18, 2024, the Court held a hearing for Defendant KENNETH RICHARD ROWELL'S initial appearance based on a petition for action, post-conviction, filed May 29, 2024, ECF No. 83, alleging Violation Nos. 1-8. Defendant appeared in custody represented by Assistant Federal Defender Craig Webster. Assistant U.S. Attorney Brandon Pang represented the United States. U.S. Probation Officer SanJuanita Coronado was also present.

Defendant consented to the proceedings being conducted by video with the Court presiding in Spokane, the Government, Defendant, and his counsel appearing in Richland.

Defendant was advised of, and acknowledged, his rights. A denial of the violations pending on the petition was entered on behalf of Defendant.

The Office of the Federal Defenders of Eastern Washington and Idaho was appointed to represent the Defendant in this matter.

The United States is seeking Defendant's detention. **ECF No. 88.** Defendant, personally and through counsel, waived his right to a detention hearing

ORDER - 1

but reserved the right to revisit the issue of detention should circumstances change. Defendant also waived a probable cause hearing and did not dispute that probable cause exists for purposes of scheduling a supervised release revocation hearing.

Accordingly, **IT IS ORDERED:**

1. The United States' Motion for Detention, **ECF No. 88**, is **GRANTED**.

2. The Court finds **PROBABLE CAUSE** to hold Defendant to respond to the violations set forth in the petition, ECF No. 83.

3. Defendant is remanded to the custody of the U.S. Marshal pending further hearings or until further order of the Court and shall be afforded reasonable opportunity for private consultation with counsel.

4. A **supervised release revocation hearing** is set before Chief Judge Bastian, in Yakima, Washington, on **July 23, 2024, at 9:30 a.m.**

**IT IS SO ORDERED.**

DATED July 22, 2024.



_____
JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 2