AO 442 (Rev. 11/11) Arrest Warrant

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 22, 2024

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Washington

| United States of America | ) |
|---|---|
| v. | ) |
| Kenneth Richard Rowell | ) Case No. 2:13CR06070-SAB-1 |
| | ) |
| | ) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Kenneth Richard Rowell,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☑ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

See Petition/Order dated 5/29/2024.

Date: May 29, 2024, 1:06 pm

*Issuing officer's signature*

City and state:  Spokane, Washington                    Sean F. McAvoy, Clerk of Court/DCE
                                                        *Printed name and title*

---

### Return

This warrant was received on *(date)* 5/29/24, and the person was arrested on *(date)* 7/15/24
at *(city and state)* Richland, WA

Date: 7/15/24

Arrested within the E/WA
By: USMS
(Agency)    *Arresting officer's signature*
Executed On: 7/15/24
Sign: Reagan A. Schrader, USMS
*Printed name and title*