1  Craig D. Webster
2  Federal Defenders of Eastern Washington & Idaho
   306 E. Chestnut Ave.
3  Yakima, WA 98901
   (509) 248-8920
4
   Attorney for Defendant
5  Kenneth Richard Rowell

6

7                   UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF WASHINGTON
8                    The Honorable Stanley A. Bastian
9

10 | United States of America,
11 |                        Plaintiff,      | No. 2:13-CR-6070-SAB
12 |     v.                                 | **Notice of Appearance**
13 |
14 | Kenneth Richard Rowell,
15 |                        Defendant.

16      Please take notice that Craig D. Webster of the Federal Defenders
17
18 of Eastern Washington and Idaho hereby enters his appearance as
19 counsel of record in this matter. All future correspondence and court
20 filings should be forwarded directly to the address listed above.
21
22 //
23 //
24
25

Notice of Appearance: 1

Dated: July 22, 2024.

>By s/ Craig D. Webster
>Craig D. Webster, 40064
>Attorney for Kenneth Richard Rowell
>Federal Defenders of Eastern Washington and Idaho
>306 East Chestnut Avenue
>Yakima, Washington 98901
>(509) 248-8920
>(509) 248-9118 fax
>Craig_Webster@fd.org

## Certificate of Service

I hereby certify that on July 22, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Brandon L. Pang, Assistant United States Attorney.

>s/ Craig D. Webster
>Craig D. Webster

Notice of Appearance: 2