# United States District Court, Eastern District of Washington
## Magistrate Judge James A. Goeke
### Sacramento

| | |
|---|---|
| USA v. KENNETH RICHARD ROWELL | Case No.   2:13-CR-6070-SAB-1 |

Yakima Video Conference (JAG @ Sacramento; Counsel and Defendant @ Yakima)
Defendant consented to appear via video conference

**Initial Appearance on Supervised Release Petition:**          07/23/2024

| | | | |
|---|---|---|---|
| ☒ | Melissa Orosco, Courtroom Deputy [S] | ☒ | Brandon Pang, US Atty [R] |
| ☒ | Ruby Mendoza, Courtroom Deputy [Y] | ☒ | Juliana Van Wingerden, Defense Atty [Y] |
| ☒ | Kyle Mowatt, US Probation / Pretrial Services Officer [Y] | ☒ | Interpreter **NOT REQUIRED** |
| ☒ | Defendant present ☒ in custody USM [Y] | | |

| | | | |
|---|---|---|---|
| ☒ | USA Motion for Detention | ☒ | Rights given |
| ☐ | USA not seeking detention | ☒ | Acknowledgment of Rights filed |
| ☐ | Financial Affidavit (CJA 23) filed | ☒ | Defendant received copy of violation petition |
| ☐ | The Court will appoint the Federal Defenders | ☐ | Defendant waived reading of petition |
| ☐ | Based upon conflict with Federal Defenders, the Court will appoint a CJA Panel Attorney | ☐ | Petition reviewed in open court |
| ☐ | Conditions of Release Imposed | ☐ | Supplemental Pre-Trial Services Report ordered |
| ☐ | Conditions of Release as Previously Imposed | ☒ | The Court ordered continued representation of previously appointed counsel with the additional Petition(s) |
| ☐ | AO 199C Advice of Penalties/Sanctions | | |

## REMARKS

   Defendant appeared, in custody, with counsel and acknowledged to the Court that his true and correct name is KENNETH RICHARD ROWELL.
   Defendant was advised of his rights and the allegations contained in the violation petition (ECF No. 101). Defendant was previously advised on violations 1-8.
   A denial of the violations pending on the petition is entered on behalf of Defendant.

   Counsel has been appointed to represent Defendant and that appointment is confirmed.

   Detention previously addressed and issue not before the Court.

   Defendant waived preliminary and detention hearings as revocation hearing immediately follows this hearing.

**The Court ordered:**
   1.  Defendant shall remain detained by the U. S. Marshal until further order of the Court.

| Detention Hrg on Petition: *Waived by Defendant*; USA's Motion for Detention is *granted*. | Preliminary Hrg: *Waived by Defendant* | CURRENTLY SET Revocation Hrg: 07/23/2024 @ 9:30 a.m. [Y/SAB] |