# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    -vs-          Plaintiff,<br><br>KENNETH RICHARD ROWELL,<br><br>                Defendant. | Case No.    2:13-CR-6070-SAB-1<br><br>CRIMINAL MINUTES<br><br>DATE:    JULY 23, 2024<br><br>LOCATION:  YAKIMA, WA<br><br>REVOCATION OF SUPERVISED RELEASE HEARING |

| CHIEF JUDGE STANLEY A. BASTIAN | | | |
|---|---|---|---|
| Michelle Fox | 01 | | Marilynn McMartin |
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |
| Michael Murphy | | Craig Webster | |
| **Government Counsel** | | **Defense Counsel** | |
| **United States Probation Officer:** Kyle Mowatt | | | |

[X] Open Court      [ ] Chambers      [ ] Telecon/Video

Defendant present and in custody of the US Marshal.

Court addresses counsel.

C. Webster was appointed yesterday so requesting a continuance.

M. Murphy addresses the Court.

Court asks if the violations should sit until October.
    C. Webster indicates yes, at this time we need additional time to discuss the matter.

Court continues hearing to October 9, 2024 at 10:30 am.

[ X ]  ORDER FORTHCOMING

| CONVENED: 9:30 A.M. | ADJOURNED: 9:40 A.M. | TIME: 10 MIN. | CALENDARED    [ X ] |
|---|---|---|---|