PROB 12C
(6/16)

Report Date: July 19, 2024

# United States District Court

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 22, 2024

SEAN F. McAVOY, CLERK

for the

Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Kenneth Richard Rowell                Case Number: 0980 2:13CR06070-SAB-1

Address of Offender: ▆▆▆▆▆▆▆▆▆▆▆▆, Pasco, Washington 99301

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: May 19, 2014

| | |
|---|---|
| Original Offense: | Distribution of a Controlled Substance - Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii) |
| Original Sentence: | Prison - 120 months<br>TSR - 8 years |
| Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Brandon Pang |
| Date Supervision Commenced: | May 10, 2022 |
| Defense Attorney: | Federal Defender |
| Date Supervision Expires: | May 9, 2030 |

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on May 29, 2024.

On May 13, 2022, all the conditions of supervised release were reviewed with Mr. Rowell. He signed a copy of his conditions, and was provided with a copy.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 9 | **Special Condition #15:** You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider.<br><br>**Supporting Evidence**: Mr. Rowell is considered to be in violation of his term of supervised release by failing to comply with inpatient substance abuse treatment on or about June 7, 2024.<br><br>Mr. Rowell completed a re-assessment on May 22, 2024, at Merit Resource Services (Merit), he requested to go to inpatient treatment, and he was recommended to enter and complete inpatient substance abuse treatment due to his on-going drug use. Mr. Rowell entered |

inpatient treatment at The Center for Alcohol and Drug Treatment in Wenatchee, Washington, as scheduled on May 29, 2024. Treatment staff reported Mr. Rowell entered the program under the influence of methamphetamine, amphetamine, cocaine, fentanyl, and alcohol, and he completed the withdrawal process within 5 days. Mr. Rowell demonstrated behaviors of manipulation toward staff and his peers, dishonesty, and he smuggled two cell phones into the facility.

Mr. Rowell aborted inpatient treatment on June 7, 2024.

10    **Mandatory Condition # 3**: The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court.

**Supporting Evidence**: Mr. Rowell is considered to be in violation of his term of supervised release by possessing illegal controlled substances, fentanyl, cocaine, heroin, and crack cocaine, on or before July 15, 2024,

On July 15, 2024, the undersigned officer with the assistance of other United States Probation Officers completed a planned search of Mr. Rowell's listed address, 1831 West Henry Street, Pasco, Washington. During this search, a plethora of suspected narcotics were located inside the defendant's residence. Several clear bags filled with different suspected narcotics including white powder substance; white powder in a block form; a dark brown substance; numerous small round blue and purple pills with a letter M pressed on one side of the pills were found piled, overflowing, inside the toilet bowl in the hallway bathroom leading to the defendant's bedroom. Several small round blue pills with the letter M were also found scattered throughout the bathroom floor. Two large clear bags about gallon size Ziploc bags containing several smaller clear bags inside filled with small blue and purple round pills with the letter M pressed on one side of the pills were located in the attic of the defendant's residence. Access to the attic is located in the hallway right outside the defendant's bedroom.

The suspected narcotics were transferred to the custody of Drug Enforcement Administration (DEA) agents, who later confirmed the substances were tested, and also reported the current estimated amounts are approximately 17,000 fentanyl pills, 740 grams of cocaine, 60 grams of heroin, and 17 grams of methamphetamine.

Mr. Rowell illegally possessed these controlled substances at his residence.

11    **Mandatory Condition # 5**: The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

**Supporting Evidence**: Mr. Rowell is considered to be in violation of his term of supervised release by possessing dangerous weapons on or before July 15, 2024.

From the search mentioned above, a black Fantasy Master knuckle knife with blades on both edges and a brass baton were located inside the defendant's bedroom. Black throwing stars were also located in the kitchen.

Prob12C
**Re: Rowell, Kenneth Richard**
**July 19, 2024**
**Page 3**

| | |
|---|---|
| 12 | **Standard Condition #7**: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician. |
| | **Supporting Evidence**: Mr. Rowell is considered to be in violation of his term of supervised release by possessing paraphernalia related to controlled substances, on or before July 15, 2024. |
| | From the search mentioned above, several glass pipes with unknown substance residue were located throughout the residence. Scales and measuring cups with white powder residue were also found. |

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 19, 2024

s/Elizabeth Lee

Elizabeth Lee
U.S. Probation Officer

---

## THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

*Stanley A. Bastian*

Signature of Judicial Officer

7/22/2024
Date