FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 31, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH RICHARD ROWELL,<br><br>Defendant. | No. 2:13-CR-06070-SAB-1<br><br>ORDER FOLLOWING INITIAL APPEARANCE ON SUPERVISED RELEASE VIOLATION PETITION |

On July 23, 2024, the Court held a hearing for Defendant KENNETH RICHARD ROWELL's initial appearance based on a petition for action, post-conviction, filed July 22, 2024, ECF No. 106, alleging Violation Nos. 9-12. Defendant was previously advised on Violation Nos. 1-8. Defendant appeared in custody represented by Assistant Federal Defender Juliana Van Wingerden. Assistant U.S. Attorney Brandon Pang represented the United States. U.S. Probation Officer Kyle Mowatt was also present.

Defendant consented to the proceedings being conducted by video with the Court presiding in Sacramento, California, Defendant and his counsel appearing in Yakima, and the Government appearing in Yakima.

Defendant was advised of and acknowledged his rights. The Court entered a denial of the violations pending on the petition on behalf of Defendant. The Court confirmed the continued appointment of the Federal Defenders who were previously appointed to represent the Defendant.

ORDER - 1

The Court previously addressed the issue of detention and no party sought to revisit the issue of detention. The previously entered Order of Detention, **ECF No. 98**, will remain in full force and effect.

Accordingly, **IT IS ORDERED:**

1. The Court finds **PROBABLE CAUSE** to hold Defendant to respond to the violations set forth in the petition, ECF No. 106.

2. Defendant is remanded to the custody of the U.S. Marshal pending further hearings or until further order of the Court and shall be afforded reasonable opportunity for private consultation with counsel.

3. A supervised release revocation hearing remains set before Chief Judge Bastian, in Yakima, Washington immediately following this hearing on July 23, 2024, at 9:30 a.m.

**IT IS SO ORDERED.**

DATED July 31, 2024.



_____
JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 2