FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 21, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> KENNETH RICHARD ROWELL, <br><br> Defendant. | No. 2:13-CR-06070-SAB-1 <br><br> **ORDER APPOINTING CJA COUNSEL; REFERRING MATTER TO MAGISTRATE JUDGE EKSTROM** |

Before the Court is Defense Counsel's *Ex Parte* Motion for Withdrawal and Appointment of Counsel, ECF No. 108. The Government is represented by Brandon Pang. Defendant is represented by Craig D. Webster. The motion was considered without oral argument.

Defense Counsel notified the Court of a conflict in representing Mr. Rowell in this matter. Therefore, the Court now Orders Appointment of CJA Counsel for Mr. Rowell.

//
//
//
//
//

**ORDER APPOINTING CJA COUNSEL; REFERRING MATTER TO MAGISTRATE JUDGE EKSTROM # 1**

Accordingly, **IT IS HEREBY ORDERED**:

1. This matter is referred to Magistrate Judge Ekstrom for appointment of CJA Counsel.

2. The Clerk of Court shall **TERMINATE** Mr. Webster as designated counsel for Defendant.

3. Defense Counsel's *Ex Parte* Motion for Withdrawal and Appointment of Counsel, ECF No. 108, is **GRANTED**.

**IT IS SO ORDERED.** The District Court Clerk is hereby directed to enter this Order and provide copies to counsel and Magistrate Judge Ekstrom.

**DATED** this 21st day of August 2024



Stanley A. Bastian
Chief United States District Judge

**ORDER APPOINTING CJA COUNSEL; REFERRING MATTER TO MAGISTRATE JUDGE EKSTROM** # 2