FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 27, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>v.<br><br>KENNETH RICHARD ROWELL,<br><br>               Defendant. | No. 2:13-CR-06070-SAB-1<br><br>**ORDER CONTINUING SUPERVISED RELEASE REVOCATION HEARING** |

Before the Court is Defendant's Unopposed Motion for Continuance of Revocation Hearing, ECF No. 112. Defendant is represented by Andrew Wagley. The Government is represented by Brandon Pang. The motion was considered without oral argument.

Defendant moves the Court to continue the supervised release revocation hearing in the above-mentioned matter to allow time to confer with counsel and indicates the Government does not object. Good cause exists to grant the motion.

Accordingly, **IT IS HEREBY ORDERED:**

1. Defendant's Unopposed Motion for Continuance of Revocation Hearing, ECF No. 112, is **GRANTED**.

//

//

**ORDER CONTINUING SUPERVISED RELEASE REVOCATION HEARING** # 1

2. The supervised release revocation hearing set for December 3, 2024, is **STRICKEN** and **RESET** to **February 25, 2025,** at **10:30 a.m.** in **Yakima**, Washington.

**IT IS SO ORDERED.** The District Court Clerk is hereby directed to enter this Order and provide copies to counsel and U.S. Probation.

**DATED** this 27th day of November 2024.



Stanley A. Bastian
Chief United States District Judge

**ORDER CONTINUING SUPERVISED RELEASE REVOCATION HEARING** # 2