Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Benjamin D. Seal
Assistant United States Attorney
402 E. Yakima Avenue, Suite 210
Yakima, Washington 98901
(509) 454-4425

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

KENNETH RICHARD ROWELL,

    Defendant.

NO: 2:13-CR-6070-SAB

Notice of Appearance of
Counsel for the United States

    Plaintiff, United States of America, by and through Vanessa R. Waldref, United States Attorney for the Eastern District of Washington, and Benjamin D. Seal, Assistant United States Attorney for the Eastern District of Washington, hereby enters this Notice of Appearance of behalf of the United States of America.

    Dated this 13th day of December, 2024.

    VANESSA R. WALDREF
    United States Attorney

    s/Benjamin D. Seal
    Benjamin D. Seal
    Assistant United States Attorney

Notice of Appearance

1

CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the counsel of record.

                                        s/Benjamin D. Seal
                                        Benjamin D. Seal
                                        Assistant United States Attorney
                                        United States Attorney's Office
                                        402 E. Yakima Ave., Suite 210
                                        Yakima, WA 98901
                                        (509) 454-4425