FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 04, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>KENNETH RICHARD ROWELL,<br><br>    Defendant. | No. 2:13-CR-06070-SAB-1<br><br>**ORDER RE: SUPERVISED RELEASE VIOLATION HEARING**<br><br>*****USMS ACTION REQUIRED***** |

    A supervised release revocation hearing in this matter was held on February 4, 2025, in Yakima, Washington. Defendant was present, in custody, and represented by Andrew Wagley. The Government was represented by Benjamin Seal and Brandon Pang.

    At the hearing, Defendant admitted to Violations Nos. 1–9 and the Court found the violations committed. The Court dismissed Violation Nos. 10–12 upon oral motion by the Government. After hearing from the parties, the Court found it appropriate to impose a sanction of credit for time served and terminate supervised release. This Order memorializes the Court's oral rulings.

//
//
//
//
//

**ORDER RE: SUPERVISED RELEASE VIOLATION HEARING** # 1

Accordingly, **IT IS HEREBY ORDERED:**

1. Violation Nos. 1–9 are **COMMITTED**.
2. Violation Nos. 10–12 are **DISMISSED**.
3. The Court issued a sanction of credit for time served.
4. Defendant's term of supervised release is **TERMINATED**.
5. The U.S. Marshals Service shall immediately release Defendant from custody.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this Order, provide copies to counsel and U.S. Probation, and **close the file**.

**DATED** this 4th day of February 2025.



_____
Stanley A. Bastian
Chief United States District Judge

**ORDER RE: SUPERVISED RELEASE VIOLATION HEARING # 2**